IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover  Date: June 1, 2009
Court Reporter: Paul Zuckerman

Civil Action No. 07-cv-01979-MSK-MEH

*Parties*:  *Counsel*:

JAMES R. DUNCAN,  William Meyer
  John Phillips

　　　　Plaintiff,

v.

LIEUTENANT MAGELSSEN, and  Nicole Gellar
CAPTAIN WATTS,  Jennifer Huss

　　　　Defendants.

## COURTROOM MINUTES

HEARING: Jury Trial Day One.

**1:10 p.m.** **Court in session**

Counsel are present as listed above. Defendant Watts is not present.

Preliminary matters from counsel addressed by the Court.

The Court addresses the outstanding motions.

**ORDER:** Motion to Exclude Witnesses (**Doc. #88**) is **GRANTED in part and DENIED in part.** It is granted as to the sequestration order, but denied as to the remainder of the request. Sequestration Order will be posted.

**ORDER**: Motions at Doc. #94 and 96 to submit voir dire are **GRANTED.**

**ORDER:** Motion at Doc. #95 is **GRANTED.** Docket #72 is amended to conform to the contents of Exhibit 1.

**ORDER**: Motion at Docket #97 is **GRANTED.**

**ORDER:** Each side will have 10 hours of time for presentation of evidence, opening statements, argument and rulings. The time will be tracked by the Courtroom Deputy on the chess clock.

**1:30 p.m**. Jury panel present.

Court's preliminary comments.

Jurors sworn for voir dire.

Voir dire by the Court.

Counsel exercise their challenges.

Jurors sworn to try the case.

| | |
|---|---|
| **2:54 p.m.** | **Court in recess** |
| **3:21p.m.** | **Court in session** |

3:24 p.m.      Jury present.

Court instructs the jury.

Opening statement for the plaintiff by Mr. Meyer.

Opening statement for the defendants by Ms. Gellar.

4:12 p.m.      Jury excused for the day.

**4:13 p.m.      Court in recess.**

**Total Time:   2 hours 36 minutes.**
**Trial continued.**