IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01979-MSK-MEH

JAMES R. DUNCAN,

       Plaintiff,

v.

LIEUTENANT MAGELESSEN, and
CAPTAIN WATTS,

       Defendants.

## ORDER TO CURE DEFICIENCY

Krieger, Judge

      Plaintiff submitted a Notice of Appeal on June 16, 2009. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      X    is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      X    is not submitted
      __    is missing affidavit
      __    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
      __    is missing required financial information
      __    is missing an original signature by the prisoner
      __    is not on proper form (must use the court's current form)
      __    other_____

Accordingly, it is

      **ORDERED** that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

      **FURTHER ORDERED** that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

      **FURTHER ORDERED** that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

      DATED this 19th day of June, 2009.

                                        **BY THE COURT:**

                                        *[signature: Marcia S. Krieger]*

                                        Marcia S. Krieger
                                        United States District Judge